# **EXHIBIT 1**

Home / Georgia Employers / Georgia Public Defender Council / Attorney / Lyndsey Alaine Hix

# Lyndsey Alaine Hix

Attorney
Georgia Public Defender Council

View Lyndsey Alaine Hix Full Profile

## Lyndsey Alaine Hix Overview

Lyndsey Alaine Hix in 2019 was employed in Georgia Public Defender Council and had annual salary of $67,190 according to public records. This salary is 18 percent lower than average and 14 percent lower than median salary in Georgia Public Defender Council.

Advertisement



Up to 15% off, book by Feb 21
RIU Hotels & Resorts

| | |
|---|---|
| **Original Job Title** | Attorney 3 |
| **Job Title** | Attorney |

Get Attorney Salary Statistics

| | |
|---|---|
| **State** | Georgia |
| **Employer** | Georgia Public Defender Council |
| **Annual Wage** | $67,190 |

*Information may include where available: salary, bonuses, benefits, retirement contributions, pensions, and other financial data.

Advertisement



## Employer

| | |
|---|---|
| Employer Name | Georgia Public Defender Council |
| Year | 2019 |
| Number of Employees | 264 |
| Average Annual Wage | $82,081 |
| Median Annual Wage | $78,035 |



Up to 15% off, book by Feb 21
RIU Hotels & Resorts

## Co-Workers

**Jon Rhoades C (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Kari Kitchens G (2019)**
Grants SpecGeorgia Public Defender Council
[View Person Details]

**Vanessa Flournoy (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Jacqualine Magistro-hyde M (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Mark Beberman B (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Dwight Allen P (2019)**
Criminal InvestigatorGeorgia Public Defender Council
[View Person Details]

**Stuart Hunter Patray (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Edward Charles Fuller (2019)**
AttorneyGeorgia Public Defender Council
[View Person Details]

**Rachel Hensley-williams M (2019)**
[View Person Details]

AttorneyGeorgia Public Defender Council

[Frankie Hicks W](#) **(2019)**
AttorneyGeorgia Public Defender Council

View Person Details

Show All Employees of Georgia Public Defender Council

Advertisement



**Up to 15% off, book by Feb 21**
RIU Hotels & Resorts

Home / Georgia Employers / Georgia Public Defender Council / Attorney / Harold Prescott L

# Harold Prescott L

Attorney

Georgia Public Defender Council

View **Harold Prescott L** Full Profile ➔

## Harold Prescott L Overview

Harold Prescott L in 2019 was employed in Georgia Public Defender Council and had annual salary of $80,990 according to public records. This salary is 1 percent lower than average and 4 percent higher than median salary in Georgia Public Defender Council.

Advertisement

## Key Data

| | |
|---|---|
| **Year** | 2019 |
| **Full Name** | Harold Prescott L |
| **Original Job Title** | Attorney 2 |
| **Job Title** | Attorney |

Get Attorney Salary Statistics ❯

| | |
|---|---|
| **State** | Georgia |
| **Employer** | Georgia Public Defender Council |
| **Annual Wage** | $80,990 |

*Information may include where available: salary, bonuses, benefits, retirement contributions, pensions, and other financial data.

Advertisement

x

## Employer

| | |
|---|---|
| **Employer Name** | Georgia Public Defender Council |
| **Year** | 2019 |
| **Number of Employees** | 264 |
| **Average Annual Wage** | $82,081 |
| **Median Annual Wage** | $78,035 |

View **Harold Prescott L** Full Profile →

## Other records for Harold Prescott L

Find More

## Co-Workers

**June Fogle E** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

**Houston Todd Martin** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

**Jose Enrique Guzman** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

**Roberto Hoover S** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

**Christopher John Ramig** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

**Samuel Merritt G** **(2019)**
Senior ExecutiveGeorgia Public Defender Council
View Person Details →

**Mark Nathan J** **(2019)**
AttorneyGeorgia Public Defender Council
View Person Details →

Attorney Georgia Public Defender Council

**Roy Kenneth Ellis** **(2019)**
Attorney Georgia Public Defender Council

View Person Details

Show All Employees of Georgia Public Defender Council

Advertisement

GovSalaries is not affiliated with any government entity. We cannot make any guarantee that information on this website 100% accurate or complete. GovSalaries is not a consumer reporting agency as defined by the Fair Credit Reporting Act, 15 USC § 1681 et seq, ("FCRA"). We strictly prohibit the use of this website or the information it contains to make any determinations concerning employment, consumer credit, insurance, tenant screening, or any other purpose that would require FCRA compliance.

Privacy Policy   Contact Us

© 2022 - GovSalaries

Home / Georgia Employers / Georgia Public Defender Council / Attorney / Todd James Mitchell

# Todd James Mitchell

Attorney

Georgia Public Defender Council

View Todd James Mitchell Full Profile →

## Todd James Mitchell Overview

Todd James Mitchell in 2019 was employed in Georgia Public Defender Council and had annual salary of $64,325 according to public records. This salary is 22 percent lower than average and 18 percent lower than median salary in Georgia Public Defender Council.

Advertisement

## Key Data

| | |
|---|---|
| **Year** | 2019 |
| **Full Name** | Todd James Mitchell |
| **Original Job Title** | Attorney 1 |
| **Job Title** | Attorney |

Get Attorney Salary Statistics →

| | |
|---|---|
| **State** | Georgia |
| **Employer** | Georgia Public Defender Council |
| **Annual Wage** | $64,325 |

*Information may include where available: salary, bonuses, benefits, retirement contributions, pensions, and other financial data.

Advertisement

## Employer

| | |
|---|---|
| **Employer Name** | Georgia Public Defender Council |
| **Year** | 2019 |
| **Number of Employees** | 264 |
| **Average Annual Wage** | $82,081 |
| **Median Annual Wage** | $78,035 |

View Todd James Mitchell Full Profile →

## Other records for Todd James Mitchell

Find More

## Co-Workers

**Edward Charles Arnold (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**Julie Herrin D (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**William Gibson C (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**James Khary Talley (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**Charles Evans M (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**Leah Griffin (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

**Joseph Dykstra F (2019)**
AttorneyGeorgia Public Defender Council
View Person Details >

Attorney Georgia Public Defender Council

**Azadeh Golshan** (2019)
Attorney Georgia Public Defender Council

View Person Details

Show All Employees of Georgia Public Defender Council

Advertisement

GovSalaries is not affiliated with any government entity. We cannot make any guarantee that information on this website 100% accurate or complete. GovSalaries is not a consumer reporting agency as defined by the Fair Credit Reporting Act, 15 USC § 1681 et seq, ("FCRA"). We strictly prohibit the use of this website or the information it contains to make any determinations concerning employment, consumer credit, insurance, tenant screening, or any other purpose that would require FCRA compliance.

Privacy Policy   Contact Us

© 2022 - GovSalaries

Home  /  Georgia Employers  /  PUBLIC DEFENDER COUNCIL, GEORGIA  /  Attorney  /  Robert Macgregor W

# Robert Macgregor W

Attorney
PUBLIC DEFENDER COUNCIL, GEORGIA

View **Robert Macgregor W** Full Profile ➔

## Robert Macgregor W Overview

Robert Macgregor W in 2019 was employed in PUBLIC DEFENDER COUNCIL, GEORGIA and had annual salary of $57,559 according to public records. This salary is 46 percent higher than average and 44 percent higher than median salary in PUBLIC DEFENDER COUNCIL, GEORGIA.

Advertisement

## Key Data

| | |
|---|---|
| **Year** | 2019 |
| **Full Name** | Robert Macgregor W |
| **Original Job Title** | ATTORNEY 2 |
| **Job Title** | Attorney |

Get Attorney Salary Statistics ❯

| | |
|---|---|
| **State** | Georgia |
| **Employer** | PUBLIC DEFENDER COUNCIL, GEORGIA |
| **Annual Wage** | $57,559 |

*Information may include where available: salary, bonuses, benefits, retirement contributions, pensions, and other financial data.

Advertisement





## Employer

| Employer Name | PUBLIC DEFENDER COUNCIL, GEORGIA |
|---|---|
| Year | 2019 |
| Number of Employees | 746 |
| Average Annual Wage | $39,477 |
| Median Annual Wage | $39,841 |

View **Robert Macgregor W** Full Profile ➜

## Other records for Robert Macgregor W

**Robert Macgregor W** (2020)
Attorney
View Person Details ❯

Find More

## Co-Workers

**Randy Simmons D** (2019)
Criminal InvestigatorPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯

**Eric Parker P** (2019)
AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯

**Catherine Whitworth E** (2019)
AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯

**Andrew Jenkins W** (2019)
AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯

**Mary Elizabeth Tolle** (2019)
AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯



AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA
View Person Details ❯

**Andrew Feagan M** (2019)
View Person Details ❯

AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA

**Kelly Williamson R** **(2019)**

AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA                                                View Person Details

**Matthew Maxwell E** **(2019)**

AttorneyPUBLIC DEFENDER COUNCIL, GEORGIA                                                View Person Details

Show All Employees of PUBLIC DEFENDER COUNCIL, GEORGIA

Advertisement

GovSalaries is not affiliated with any government entity. We cannot make any guarantee that information on this website 100% accurate or complete. GovSalaries is not a consumer reporting agency as defined by the Fair Credit Reporting Act, 15 USC § 1681 et seq, ("FCRA"). We strictly prohibit the use of this website or the information it contains to make any determinations concerning employment, consumer credit, insurance, tenant screening, or any other purpose that would require FCRA compliance.

Privacy Policy    Contact Us

© 2022 - GovSalaries