# EXHIBIT 2

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2020-01069 |

_____ and EEOC

State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.)
Miss Lymann Williams

**Home Phone** (Incl. Area Code)
(706) 380-2784

**Date of Birth**
1987

**Street Address**
3586 Stanton Court, Augusta, GA 30906

City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**
AUGUSTA PUBLIC DEFENDER'S OFFICE

**No. Employees, Members**
500 or More

**Phone No.** (Include Area Code)
(706) 312-5105

**Street Address**
902 Greene Street, Augusta, GA 30901

**Name**

**No. Employees, Members**

**Phone No.** (Include Area Code)

**Street Address**

City, State and ZIP Code

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-01-2018
Latest: 10-25-2019

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer in or around January 2016. My last known position title was Assistant Public Defender. Since July 2018, and continuing, I have been subjected to a hostile work environment, and different terms and conditions of employment than that of my similarly situated white coworkers. On November 2, 2018, I filed an internal complaint of discrimination with Lyndsey Hix, Lead/Supervising Attorney about unequal caseload transfer and distribution. I informed Ms. Hix that I had one of the highest case loads in the office, whereas, similarly situated white coworkers were assigned less work. No remedial action was taken. On November 6, 2018, an office meeting was held about new policies and procedures. During the meeting, attorneys were invited to express their thoughts and opinions, and I subsequently verbally reinforced the unequal caseload distribution and assignments. Following, Ms. Hix, and Lee Prescott (white/male), Assistant Circuit Public Defender, subjected me to verbal harassment. On January 3, 2019, Todd Mitchell (white/male), Felony Division Managing Attorney, questioned why I was using sick leave and accused me of falsifying my requests for leave. March 2019, I was assigned to a new division. Following my reassignment, on April 4, 2019, I received an email from Mrs. Hix demanding I complete assignments related to my previous team, which was inconsistent with previous attorneys who were re-assigned to other teams. On October 24, 2019, I discovered that someone had personally reviewed and notated my files stating how I should proceed on each case. I subsequently filed an internal complaint of discrimination with management, noting that these actions were bias and discriminatory. On October 25, 2019, I learned that all my files had been pulled and that all my clients had been contacted by my management and that a meeting was to be held between myself and management. I subsequently filed an internal complaint with Robert MacGregor, Supervisory Attorney and Katherine Mason, Circuit Public Defender, noting that I felt their actions were discriminatory and that I did not feel comfortable attending the meeting without a Human Resources Representative present. Ms. Mason subsequently discharged me.

The reason given for my discharge was "failure to meet with management."

I believe I have been discriminated against because of my race (African-American), my sex (female), and retaliated against for opposing acts made unlawful under Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 10, 2019
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

RECEIVED DEC 10 2019

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC-ATDO