IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IYMAAN WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | |
| AUGUSTA, GA; THE GEORGIA PUBLIC DEFENDER COUNCIL; THE AUGUSTA CIRCUIT PUBLIC DEFENDER'S OFFICE; and KATHERINE MASON, in her individual capacity, | * | CV 121-145 |
| Defendants. | * | |

O R D E R

Presently before the Court is the Parties' joint motion to stay proceedings pending resolution of appeal. (Doc. 50.) On August 15, 2022, this Court granted Defendant Katherine Mason's motion to dismiss and Defendant Augusta, Georgia's motion to dismiss and terminated Defendants the Georgia Public Defender Council, Katherine Mason, and Augusta, Georgia as Parties in this action. (Doc. 42.) Plaintiff appealed the August 15th Order granting the motions to dismiss. (Doc. 47-49.) Plaintiff and the remaining Defendant, the Augusta Circuit Public Defender's Office, now move this Court to stay discovery and other proceedings pending the resolution of the appeal. (Doc. 50.)

It is well-established that a district court may stay proceedings either on its own or on a motion of the parties. See, e.g., Landis v. N. Am. Water Works & Elec. Co., 299 U.S. 248, 254 (1936). Moreover, the Eleventh Circuit has held that "[a] variety of circumstances may justify a district court stay pending the resolution of a related case in another court." Ortega Trujillo v. Conover & Co. Commc'ns, Inc., 221 F.3d 1262, 1264 (11th Cir. 2000). Indeed, a stay "sometimes is authorized simply as a means of controlling the district court's docket and of managing cases before the district court." Id. Even so, "[w]hen a district court exercises its discretion to stay a case pending the resolution of related proceedings in another forum, the district court must limit properly the scope of the stay." Id.

Accordingly, the Court **GRANTS** the parties' motion to stay proceedings pending the Eleventh Circuit's decision in USCA Case Number 22-13075-DD. Upon resolution of the appeal, any party may move to lift the stay.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of October, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2