IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IYMAAN WILLIAMS, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | )   Case No.   CV 121-145 |
| | )   Appeal No. 22-13075 |
| THE AUGUSTA CIRCUIT PUBLIC | ) |
| DEFENDER'S OFFICE, | ) |
| | ) |
| Defendant-Appellee. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for lack of jurisdiction,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___14th___ day of November 2022.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA