IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IYMAAN WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-145 |
| | ) | |
| THE AUGUSTA CIRCUIT PUBLIC DEFENDER'S OFFICE, | ) ) ) | |
| Defendant. | ) | |

**REVISED SCHEDULING ORDER**

By Order dated October 18, 2022, the Court stayed all discovery pending resolution of Plaintiff's appeal. (Doc. no. 51.) The parties now jointly move to lift the stay of discovery and set a revised scheduling order. (Doc. no. 54.) Accordingly, the Court **GRANTS** the motion and sets the following deadlines:

| | |
|---|---|
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | January 23, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | February 20, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | March 20, 2023 |
| CLOSE OF DISCOVERY | April 20, 2023 |
| JOINT STATUS REPORT[1] | April 20, 2023 |

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | May 22, 2023 |

All provisions of the prior Scheduling Order, (doc. no. 44), not revised herein shall remain in full force and effect.

SO ORDERED this 6th day of December, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.