AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

lYMANN WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 121-145

THE AUGUSTA CIRCUIT PUBLIC DEFENDER'S OFFICE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 26, 2024, the Defendant's Motion for Summary Judgment is granted. Therefore, Judgment is hereby entered in favor of Defendant The Augusta Circuit Public Defender's Office. This case stands closed.

07/26/2024  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/2020